IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA | : | CIVIL ACTION NO. |
| J. R., | : | 3:02-CV-449 (DJS) |
| Plaintiff, | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| SUSAN DUMAS, | : | |
| LISA M. TONNESSEN, | : | |
| MS. JOAN V. WOODWORTH, | : | |
| MS. BARBARA SCHRODER, | : | JANUARY 13, 2004 |

## MOTION FOR THE ENTRY OF NEW SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and Local Rule 7, the co-defendant, Lisa M. Tonnessen, Ph.D ("Dr. Tonnessen"), by and through her counsel, moves for the entry of a new scheduling order. As the court will recall, Dr. Tonnessen's insurance carrier has been liquidated. Counsel for two of the co-defendants, Geoffrey Naab, does not object to the granting of this motion. Despite diligent efforts, Dr.Tonnessen cannot report on the position of counsel for the co-defendant, Susan Dumas, and the plaintiff's counsel. Telephone messages were left for Attorneys Melinda Powell and John Williams, requesting their positions on this motion. Dr. Tonnessen's counsel had not received responses from them as of the filing of this motion.

A new scheduling order is needed because of the complications associated with the liquidation of Dr. Tonnessen's insurance carrier. Moreover, after re-scheduling, the

13127.0001/dc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

depositions of the plaintiff and her son were taken on December 30, 2003. Additional health care provider and related depositions are scheduled for January 16 and 22, 2004. These deposition transcripts should factor into the preparation of an expert witness's report.

The time limitations at issue cannot be met despite diligent efforts. This motion is the second request for a scheduling order since the stay expired.

Dr. Tonnessen requests that a scheduling order with the following deadlines be issued:

| | |
|---|---|
| Defendants' Expert Witness Disclosures | April 15, 2004 |
| Completion of Depositions of Defendants' Expert Witnesses | May 17, 2004 |
| Discovery Deadline | May 17, 2004 |
| Deadline for Filing Dispositive Motions/ Motions for Summary Judgment | June 17, 2004 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**WHEREFORE**, good cause having been shown, Dr. Tonnessen requests that the court grant her motion and issue a scheduling order with the proposed deadlines.

Dated: January 13, 2004                                                 Respectfully submitted,

                                                **CO-DEFENDANT,**
                                                **LISA M. TONNESSEN**

                                      By: _____
                                                John B. Farley
                                                CT Fed. Bar No. 02239
                                                Ralph W. Johnson, III
                                                CT Fed. Bar. No. 15277
                                                **HALLORAN & SAGE LLP**
                                                One Goodwin Square
                                                225 Asylum Street
                                                Hartford, CT 06103
                                                Tel. No. (860) 522-6103
                                                Fax No. (860) 548-0006

                                                Her Attorneys

## **CERTIFICATION**

     This is to certify that on this 13th day of January, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

                                                                            _____
                                                                            Ralph W. Johnson, III

502775.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105