IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA<br>J. R.,<br>    Plaintiff, | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
| V. | : <br> : | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH,<br>MS. BARBARA SCHRODER, | : <br> : <br> : <br> : | <br><br><br>JANUARY 14, 2004 |

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED
MOTION FOR THE ENTRY OF A NEW SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and Local Rule 7, the co-defendant, Lisa M. Tonnessen, Ph.D ("Dr. Tonnessen"), by and through her counsel, submits this supplemental memorandum in support of her motion for the entry of a new scheduling order. That motion was filed on January 13, 2004. Dr. Tonnessen can now report on the position of counsel for the co-defendant, Susan Dumas, and the plaintiff's counsel. Attorney Melinda Powell, counsel for Ms. Dumas, joins in the motion. Attorney John Williams, the plaintiff's counsel, does not object to the granting of the motion. As noted in the motion, Attorney Geoffrey Naab, counsel to the other two co-defendants, also does not object to the motion. Thus, the motion is unopposed.

13127.0001/dc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Accordingly, for the reasons set forth in her motion, Dr. Tonnessen requests that a scheduling order with the following deadlines be issued:

| | |
|---|---|
| Defendants' Expert Witness Disclosures | April 15, 2004 |
| Completion of Depositions of Defendants' Expert Witnesses | May 17, 2004 |
| Discovery Deadline | May 17, 2004 |
| Deadline for Filing Dispositive Motions/ Motions for Summary Judgment | June 17, 2004 |

**WHEREFORE**, good cause having been shown, Dr. Tonnessen requests that the court grant her motion and issue a scheduling order with the proposed deadlines.

Dated: January 14, 2004          Respectfully submitted,

**CO-DEFENDANT,
LISA M. TONNESSEN**


By: _____
John B. Farley
CT Fed. Bar No. 02239
Ralph W. Johnson, III
CT Fed. Bar. No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

Her Attorneys

## **CERTIFICATION**

      This is to certify that on this 14th day of January, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

_____
Ralph W. Johnson, III

503471.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105