UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JACQUELINE RISICA, PPA, J.R.**<br>　　**Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:02cv449(DJS) |
| **SUSAN DUMAS, ET AL**<br>　　**Defendants** | : |

## ORDER

_____Motion for the Entry of a New Scheduling Order (Doc. #77) is hereby **GRANTED in part.**   All discovery, including expert depositions and reports, shall be completed by **May 17, 2004.** Dispositive motions shall be filed by **June 17, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **July 16, 2004.** This case shall be trial ready, **August, 2004.**

　　**IT IS SO ORDERED**.

　　Dated at Hartford, Connecticut, this __23rd__ day of January, 2004.


　　　　　　　　　　　　　　　　　　　　　　　　／s/DJS_____
　　　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge