IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA<br>J. R., | : <br> : | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
|     Plaintiff, | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH, | : <br> : <br> : | |
| MS. BARBARA SCHRODER, | : | FEBRUARY 6, 2004 |

**MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON MOTION TO WITHDRAW AND FOR ISSUANCE OF NEW SCHEDULING ORDER AFTER THE ISSUANCE OF A RULING ON THE MOTION TO WITHDRAW**

    Pursuant to Fed. R. Civ. P. 1 and 16 and Local Rule 7 and in connection with the motion to withdraw filed contemporaneously herewith, the law firm of Halloran & Sage LLP and the four undersigned attorneys (the "movants") request that the court stay this action pending a ruling on their motion to withdraw.  They also request that the court issue a new scheduling order after it rules on the motion to withdraw.  Specifically, the entry of a stay is appropriate because it will protect the co-defendant, Lisa M. Tonnessen's ("Dr. Tonnessen") interests during the pendency of the motion to withdraw.  Moreover, as the motion to withdraw indicates, the movants are not being paid for the representation of Dr. Tonnessen.  Thus, the continued representation imposes an unreasonable financial burden on the movants.  A stay will allow the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

movants, Dr. Tonnessen and the court to focus on the resolution of the motion to withdraw. The movants do not anticipate that the stay should last for an extended period. Rather, it would only last for the period of time the court needs to resolve the motion to withdraw and if the moton is granted, for a reasonable time thereafter within which Dr. Tonnessen can retain new counsel, apply for a pro bono appointment and/or file a pro se appearance. Finally, after the court rules on the motion to withdraw, the entry of a new scheduling order would be appropriate and in the interests of justice. Moreover, the new scheduling order would be appropriate given that the court gave the plaintiff four months to comply with its September 2002 order requiring her to respond to discovery requests.

The movants request the following scheduling order be entered after the court issues a ruling on the motion to withdraw:

| | |
|---|---|
| Defendants' Expert Witness Disclosures | Date of Ruling + 180 days |
| Completion of Depositions of Defendants' Expert Witnesses | Date of Ruling + 210 days |
| Discovery Deadline | Date of Ruling + 210 days |
| Deadline for Filing Dispositive Motions/ Motions for Summary Judgment | Date of Ruling + 240 days |

If the motion to withdraw is granted, the stay should continue and the new scheduling order should factor in a thirty (30) day period with which time Dr. Tonnessen

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

can retain new counsel, apply for a pro bono appointment and/or file a pro se appearance.

Copies of this motion and the motion to withdraw are being mailed to Dr. Tonnessen at her home address via certified mail.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, good cause having been shown, the movants request that the court grant their motion, stay the proceedings and issue a scheduling order with the proposed deadlines after the court rules on the motion to withdraw.

Respectfully submitted,

**THE MOVANTS**

| | |
|---|---|
| _____ | _____ |
| John B. Farley | Ralph W. Johnson, III |
| CT Fed. Bar No. 02239 | CT Fed. Bar. No. 15277 |
| **HALLORAN & SAGE  LLP** | **HALLORAN & SAGE  LLP** |
| One Goodwin Square | One Goodwin Square |
| 225 Asylum Street | 225 Asylum Street |
| Hartford, CT 06103 | Hartford, CT 06103 |
| Tel. No. (860) 522-6103 | Tel. No. (860) 522-6103 |
| Fax No. (860) 548-0006 | Fax No. (860) 548-0006 |
| | |
| _____ | _____ |
| James V. Somers | Regen O'Malley |
| CT Fed. Bar No. 14525 | CT Fed. Bar. No. 25174 |
| **HALLORAN & SAGE  LLP** | **HALLORAN & SAGE  LLP** |
| One Goodwin Square | One Goodwin Square |
| 225 Asylum Street | 225 Asylum Street |
| Hartford, CT 06103 | Hartford, CT 06103 |
| Tel. No. (860) 522-6103 | Tel. No. (860) 522-6103 |
| Fax No. (860) 548-0006 | Fax No. (860) 548-0006 |

## **CERTIFICATION**

      This is to certify that on this 6th day of February, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

Lisa M. Tonnessen
c/o Home Address
via Certified Mail
(7003 2260 0005 5636 5479)

 

_____
John B. Farley

511285.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105