FILED

2004 FEB 17 P 2: 39

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA, <br> Suing on behalf of her minor son, <br> JUSTIN RISICA | : <br> : <br> : |
| VS. | :    NO. 3:02CV449(DJS) |
| SUSAN DUMAS, <br> LISA M. TONNESSEN, <br> JOAN V. WOODWORTH and <br> BARBARA SCHRODER | : <br> :    FEBRUARY 12, 2004 <br> : <br> : |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTIONS
FOR STAY OF PROCEEDINGS AND TO WITHDRAW
AS COUNSEL FOR DEFENDANT TONNESSEN**

The law firm of Halloran and Sage, LLP has moved to withdraw as counsel to the defendant Tonnessen and has moved for an indefinite stay of proceedings in this case based upon the Motion to Withdraw. These motions should be denied.

Good cause to withdraw has not been shown. There is no indication that defendant Tonnessen has in any way failed to cooperate fully with her attorneys. The attorneys seek to abandon their client simply because a third party is no longer paying them. This is not a proper ground for withdrawal. It is apparent that, if withdrawal is permitted, defendant Tonnessen will be without an attorney and will never be able to afford an attorney to defend her in this litigation. That would result in substantial prejudice not only to the defendant Tonnessen but to the co-defendants and to the plaintiffs as well. For the same reason, the Motion for Stay should be denied.

This case is ready for trial. It has been pending for two years. The attempt by a large and prosperous law firm to disrupt this litigation and inflict an injury upon its client, solely for financial reasons, should be rejected by this Court.

THE PLAINTIFFS, JACQUELINE RISICA, PPA

BY: _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to :

John B. Farley, Esq.
Ralph W. Johnson, III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Thomas R. Gerarde, Esq.
Attorney Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Geoffrey Naab, Esq.
295 East Center Street
Manchester, CT 06040

Richard D. O'Connor, Esq.
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103

_____
JOHN R. WILLIAMS