IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA | : | CIVIL ACTION NO. |
| J. R., | : | 3:02-CV-449 (DJS) |
| Plaintiff, | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| SUSAN DUMAS, | : | |
| LISA M. TONNESSEN, | : | |
| MS. JOAN V. WOODWORTH, | : | |
| MS. BARBARA SCHRODER, | : | FEBRUARY 18, 2004 |

**LISA M. TONNESSEN'S MEMORANDUM/MOTION RE: MOTION TO WITHDRAW AND MOTION FOR STAY PENDING RULING AND FOR ISSUANCE OF NEW SCHEDULING ORDER**

The co-defendant, Lisa M. Tonnessen, Ph.D. ("Dr. Tonnessen"), by and through her counsel, submits this memorandum/motion regarding the motion to withdraw and the "motion for stay of proceedings pending ruling on motion to withdraw and for issuance of new scheduling order after the issuance of a ruling on the motion to withdraw" both dated February 6, 2004.

Dr. Tonnessen opposes the granting of the motion to withdraw. She would like to submit a written opposition. However, she would like to do so in the manner identified on page 3 of the motion to withdraw. Specifically, she would like to file her opposition under seal and would like to only provide the movants with a copy. Accordingly, Dr. Tonnessen requests that the court issue an order granting her leave to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

file her opposition in the manner described and setting a reasonable deadline by which she can file her opposition. She will be in a position to file her opposition by February 27, 2004. Moreover, Dr. Tonnessen would like to be heard by the court in support of her opposition.

To the extent necessary, Dr. Tonnessen requests that her deadline for filing an opposition be extended until a reasonable time after the court issues an order granting her leave to file it in the manner described or identifying the manner in which she can file her opposition.

With regard to the motion for stay and for issuance of a new scheduling order, Dr. Tonnessen requests that that motion be granted.

Dated: February 18, 2004            Respectfully submitted,

**CO-DEFENDANT,**
**LISA M. TONNESSEN**


By: _____
John B. Farley
CT Fed. Bar No. 02239
Ralph W. Johnson, III
CT Fed. Bar. No. 15277
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 18th day of February, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

Lisa M. Tonnessen
c/o Her Home Address
via Certified Mail
(7003 2260 0005 5636 5509)

                                                            _____
                                                            Ralph W. Johnson, III

516587.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105