UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 FEB 19 P 12: 25

JACQUELINE RISICA, Suing on
behalf of her minor son,
JUSTIN RISICA,

  Plaintiff,  : No. 3:02CV449(DJS)

v.

SUSAN DUMAS, LISA M.
TONNESSEN, JOAN V. WOODWORTH
and BARBARA SCHRODER,

  Defendants.

### ORDER

  John Farley, James Somers, Ralph Johnson, and Regen O'Malley (collectively the "movants"), all of the law firm Halloran & Sage LLP, have filed a motion to withdraw (dkt. # 80) their appearances on behalf of defendant Lisa Tonnessen. With respect to this filing, the court orders the following:

  1. Movants' motion to stay (dkt. # 81) proceedings pending a decision regarding their motion to withdraw is **GRANTED**. Movants' request for the entry of a new scheduling order (dkt. # 81) is **DENIED without prejudice**.

  2. Movants' request for leave (dkt. # 80) to file Farley's Affidavit (Dkt. # 80 Ex. A) <u>ex parte</u> and under seal is **GRANTED**. The Clerk shall place Exhibit A to docket number 80 under seal, with access restricted to the court, the movants, and Tonnessen.

  3. Defendant Lisa Tonnessen shall, if necessary, file an opposition to movants' motion to withdraw on or before **March 5,**

2004. This opposition shall be filed <u>ex parte</u> and under seal, and shall be served upon the movants only. Upon filing, the Clerk shall place Tonnessen's opposition papers under seal, with access restricted to the court, the movants, and Tonnessen.

    4. Movants shall serve a copy of this order upon Tonnessen forthwith.

    So ordered this 19th day of February, 2004.

                              DOMINIC J. SQUATRITO
                              UNITED STATES DISTRICT JUDGE