UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JACQUELINE RISICA, PPA, J.R.**     :     Plaintiff | |
| v.     : | CIVIL NO.: 3:02cv449(DJS) |
| **SUSAN DUMAS, ET AL**     :     Defendants | |

### ORDER

_____Lisa M. Tonnessen's Memorandum/Motion Re: Motion to Withdraw and Motion for Stay Pending Ruling and for Issuance of New Scheduling Order (Docs. #83 and 84) are hereby **DENIED as moot.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __20th__ day of February, 2004.

/s/DJS_____
Dominic J. Squatrito
United States District Judge