IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA<br>J. R.,<br>      Plaintiff, | :<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
| V. | :<br>: | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH,<br>MS. BARBARA SCHRODER, | :<br>:<br>:<br>: | MARCH 5, 2004 |

### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
### MOTION TO WITHDRAW EX PARTE AND UNDER SEAL
### AND FOR EXTENSION OF TIME

Pursuant to Local Rule 7, the law firm of Halloran & Sage LLP and the four undersigned attorneys from the firm (the "movants") hereby move for leave to file their reply in support of their motion to withdraw their appearances as counsel to the co-defendant, Lisa M. Tonnessen, Ph.D ("Dr. Tonnessen") ex parte and under seal. For the reasons stated below, the court should grant the motion.

On March 2, 2004, the movants received a copy of Dr. Tonnessen's opposition to the motion to withdraw. Pursuant to the court's February 19, 2004 order, Dr. Tonnessen was granted leave to file her opposition under seal and with a copy to be mailed to only the movants. Access to Dr. Tonnessen's opposition has been restricted to her, the court and the movants.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

The movants request leave to file a reply in support of their motion to withdraw under the same procedure established in the court's February 19 order. It would be filed under seal and a copy would be provided to only Dr. Tonnessen. Access to the original should be restricted to the court, Dr. Tonnessen and the movants.

The movants' reply is currently due to be filed on or before March 12. In connection with this motion, the movants request that the court extend their deadline for filing a reply until seven (7) business days after the court issues an order confirming that they may file it in the manner requested or identifying the manner in which they can file their reply.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, good cause having been shown, the movants request that the court grant their motion as requested above.

Respectfully submitted,

 THE MOVANTS


_____
John B. Farley
CT Fed. Bar No. 02239
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

_____
Ralph W. Johnson, III
CT Fed. Bar. No. 15277
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

_____
James V. Somers
CT Fed. Bar No. 14525
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

_____
Regen O'Malley
CT Fed. Bar. No. 25174
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 5th day of March, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

Lisa M. Tonnessen
c/o Her Home Address
via Certified Mail
(7003 2260 0005 5636 5578)

 

_____
John B. Farley

522685.1(HS-FP)

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105