UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JACQUELINE RISICA, PPA, J.R.**     :<br>    Plaintiff | |
| v.     : | CIVIL NO.: 3:02cv449(DJS) |
| **SUSAN DUMAS, ET AL**     :<br>    Defendants | |

## ORDER

_____Motion for Leave to File Reply in Support of Motion to Withdraw Ex Parte and Under Seal and for Extension of Time (Doc. #89) is hereby **GRANTED**. The Motion for Extension of Time is hereby **GRANTED to and including March 24, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __15th__ day of March, 2004.

                                               /s/DJS_____
                                              Dominic J. Squatrito
                                              United States District Judge