IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA<br>J. R.,<br>      Plaintiff, | : <br> : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
| V. | : <br> : | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH,<br>MS. BARBARA SCHRODER, | : <br> : <br> : <br> : | <br><br><br>APRIL 22, 2004 |

**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION EX PARTE AND UNDER SEAL AND FOR CONTINUANCE OF STAY AND REQUEST FOR EXPEDITED ADJUDICATION**

     Pursuant to Rules 1 and 16 of the Federal Rules of Civil Procedure and Local Rules 5 and 7, the law firm of Halloran & Sage LLP and the four undersigned attorneys from the firm (the "movants") hereby move for leave to file a motion for reconsideration of the denial of their motion to withdraw their appearances as counsel to the co-defendant, Lisa M. Tonnessen, Ph.D ("Dr. Tonnessen") <u>ex</u> <u>parte</u> and under seal. The movants and their firm also move the court to continue the stay in this case until it rules on the motion for reconsideration. Finally, given the deadline for the filing of the motion for reconsideration, the movants and their firm request an expedited ruling on this motion, pursuant to Local Rule 7(a). For the reasons stated below, the court should grant the motion.

13127.0001/dc

One Goodwin Square　　　　　HALLORAN　　　　　Phone (860) 522-6103
225 Asylum Street　　　　　& SAGE LLP　　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　Juris No. 26105

Good cause exists for granting all three aspects of this motion. On April 19, 2004, the movants received notice of the court's memorandum of the decision denying their motion to withdraw. The movants hereby request leave to file a motion for reconsideration under seal and with a copy to be mailed to only Dr. Tonnessen. They also request that access to their motion for reconsideration be restricted to Dr. Tonnessen, the court and the movants. They further request that Dr. Tonnessen be allowed to file any opposition under the same procedure and that they be allowed to file a reply under the same procedure. Finally, access to any opposition or any reply should be restricted to Dr. Tonnessen, the court and the movants. Given the nature of the issues involved in the motion for reconsideration, the movants submit that good cause exists for continuing to allow the filing of these pleadings <u>ex parte</u> and under seal and for restricting access to them, as the court has previously done.

On February 19, 2004, the court ordered that proceedings in this matter be stayed. The movants request that that stay continue until the court rules on the motion for reconsideration. The entry of a stay is appropriate because it will protect Dr. Tonnessen's interests during the pendency of the motion. Moreover, as the court is aware, and as will be demonstrated in the motion for reconsideration, the court's decision denying the motion to withdraw has created an extremely difficult situation for the movants and their firm. Thus, a stay will allow the movants, Dr. Tonnessen and the court to focus on the resolution of the motion to reconsider. The movants do not

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

anticipate the stay should last for an extended period. Rather, it would only last for the period of time the court needs to resolve the motion for reconsideration and if the motion is granted, for a reasonable time thereafter within which Dr. Tonnessen can retain new counsel, apply for a pro bono appointment and/or file a pro se appearance.

Finally, given the deadline for the filing of the motion for reconsideration, the movants request that the court rule on this motion on an expedited basis. Specifically, the motion for reconsideration is due to be filed on or before April 30.

A copy of this motion is being mailed to Dr. Tonnessen at her home address via Certified Mail.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**WHEREFORE**, good cause having been shown, the movants request that the court grant their motion as requested above.

Respectfully submitted,

 **THE MOVANTS**

_____
John B. Farley
CT Fed. Bar No. 02239
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

_____
Ralph W. Johnson, III
CT Fed. Bar. No. 15277
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

_____
James V. Somers
CT Fed. Bar No. 14525
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

_____
Regen O'Malley
CT Fed. Bar. No. 25174
**HALLORAN & SAGE  LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 22nd day of April, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

Lisa M. Tonnessen
c/o Her Home Address
via Certified Mail
(7003 2260 0005 5636 6261)

 

_____
John B. Farley

541707.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105