UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**JACQUELINE RISICA, PPA, J.R.**  :
    **Plaintiff**

v.  :  CIVIL NO.: 3:02cv449(DJS)

**SUSAN DUMAS, ET AL**  :
    **Defendants**

### ORDER

    Motion for Leave to File Motion for Reconsideration Ex Parte and Under Seal and for Continuance of Stay and Request for Expedited Adjudication (Docs. #s 93, 94 and 95) are hereby **GRANTED.** The Motion for Reconsideration shall be filed under seal, with access restricted to movants and Tonnessen. Tonnessen may file an opposition thereto on or before **May 24, 2004.** Any opposition shall be filed under seal, with access restricted to movants and Tonnessen.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __26th__ day of April, 2004.


                                         /s/DJS
                                         Dominic J. Squatrito
                                         United States District Judge