IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA | : | CIVIL ACTION NO. |
| J. R., | : | 3:02-CV-449 (DJS) |
| Plaintiff, | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| SUSAN DUMAS, | : | |
| LISA M. TONNESSEN, | : | |
| MS. JOAN V. WOODWORTH, | : | |
| MS. BARBARA SCHRODER, | : | MAY 12, 2004 |

**<u>UNOPPOSED MOTION FOR THE ENTRY OF NEW SCHEDULING ORDER</u>**

  Pursuant to Fed. R. Civ. P. 16 and Local Rule 7, the co-defendant, Lisa M. Tonnessen, Ph.D ("Dr. Tonnessen"), by and through her counsel, moves for the entry of a new scheduling order.  As the court will recall, all proceedings in this case were stayed by the court's February 19, 2004 order.  The February 19 order denied without prejudice a request for the entry of new scheduling order.  The stay was continued by the court's April 26, 2004 order.   Counsel for the other co-defendants, Melinda Powell and Geoffrey Naab, do not object to the granting of this motion and join in the motion.  The plaintiff's counsel, John Williams, does not object to the granting of this motion.

  A new scheduling order is needed because the proceedings have been stayed and because of the complications associated with the liquidation of Dr. Tonnessen's insurance carrier.  The time limitations at issue cannot be met despite diligent efforts.

13127.0001/dc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This motion is the first request for a new scheduling order since the February 19, 2004 stay expired. There have been previous scheduling order entered in this case.

Dr. Tonnessen requests that a scheduling order with the following deadlines be issued:

| | |
|---|---|
| Defendants' Expert Witness Disclosures | October 19, 2004 |
| Completion of Depositions of Defendants' Expert Witnesses | November 19, 2004 |
| Discovery Deadline | November 19, 2004 |
| Deadline for Filing Dispositive Motions/ Motions for Summary Judgment | December 21, 2004 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**WHEREFORE**, good cause having been shown, Dr. Tonnessen requests that the court grant her motion and issue a scheduling order with the proposed deadlines.

Dated: May 12, 2004                   Respectfully submitted,

                                         **CO-DEFENDANT,**
                                         **LISA M. TONNESSEN**

By: _____
     John B. Farley
     CT Fed. Bar No. 02239
     Ralph W. Johnson, III
     CT Fed. Bar. No. 15277
     James V. Somers
     CT Fed. Bar No. 14525
     Regen O'Malley
     Ct. Fed. Bar No. 25174
     **HALLORAN & SAGE LLP**
     One Goodwin Square
     225 Asylum Street
     Hartford, CT 06103
     Tel. No. (860) 522-6103
     Fax No. (860) 548-0006

     Her Attorneys

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street      & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                                 Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 12th day of May, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

                                                                                     _____
                                                                                     Ralph W. Johnson, III

547975(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105