UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JACQUELINE RISICA, PPA, J.R.**<br>    **Plaintiff** | : |
| v. | :   CIVIL NO.: 3:02cv449(DJS) |
| **SUSAN DUMAS, ET AL**<br>    **Defendants** | : |

### ORDER

_____Unopposed Motion for the Entry of a New Scheduling Order (Doc. #99) is hereby **GRANTED in part.**   All discovery, including expert depositions and reports, shall be completed by **November 15, 2004.** Dispositive motions shall be filed by **December 13, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **December 22, 2004.** This case shall be trial ready, **January, 2005.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   14th   day of May, 2004.


   /s/DJS_____
   Dominic J. Squatrito
   United States District Judge