

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA, PPA<br>J. R.,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
| V. | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH,<br>MS. BARBARA SCHRODER, | JULY 28, 2004 |

### MOTION FOR SETTLEMENT CONFERENCE

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16(c), the defendant Lisa Tonnessen hereby respectfully moves this court to order the scheduling of a settlement conference before a United States Magistrate Judge. In support hereof, the defendant represents as follows:

1. This case has been pending in this court since March of 2002.

2. The plaintiff's complaint demands a jury trial. Under the current scheduling order, if no motions for summary judgment are filed by December of 2004, the case is to be ready for a jury trial.

3. As the court is aware, the defendant Tonnessen's insurance carrier/risk retention group has been liquidated by a Tennessee state court order,

ORAL ARGUMENT NOT REQUESTED

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

leaving Tonnessen without insurance coverage at this time.

4. As such, the most opportune time to conduct a settlement conference is now, before limited resources for a potential settlement are instead expended in further defending the case.

5. The plaintiff and the co-defendants Woodworth and Schroder consent to the scheduling of this case for a settlement conference before a Magistrate Judge. The defendant Dumas takes no position on this motion.

In light of the foregoing, the defendant submits that a settlement conference at this time, under the guidance of a Magistrate Judge, presents the best opportunity for resolving this controversy while at the same time conserving the resources of the parties and the court. Therefore, the defendant respectfully requests that the court schedule the case for such a settlement conference prior to October 1, 2004 so that settlement can be seriously explored prior to the dispositive motion deadline.

CO-DEFENDANT,
LISA M. TONNESSEN

By_____
James V. Somers
CT Fed. Bar No. 14525
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 522-6103
Fax: (860)548-0006
email: somers@halloran-sage.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 28th day of July, 2004, I hereby mailed a copy of the foregoing to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

_____
James V. Somers

576524.1(HSFP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105