**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JACQUELINE RISICA, PPA, J.R.          :
    **Plaintiff**

    **v.**                                   : **CIVIL NO.: 3:02cv449(DJS)**

SUSAN DUMAS, ET AL                    :
    **Defendants**

**ORDER OF REFERENCE TO**

**A UNITED STATES MAGISTRATE JUDGE**

_____

In the interest of justice, the above identified case is hereby referred to Thomas P. Smith, United States Magistrate Judge for the purpose of a settlement conference only.

Apart from the referral for this limited purpose, all other aspects of this case, including scheduling and suspension of discovery, shall be the direct responsibility of the undersigned.  This settlement conference shall not interfere with the filing of the joint trial memorandum.

    **IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __16th__ day of August, 2004.

                 /s/DJS_____
                 Dominic J. Squatrito
                 United States District Judge