IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA, PPA<br>J. R.,<br>    Plaintiff, | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
| V. | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH,<br>MS. BARBARA SCHRODER, | OCTOBER 25, 2004 |

### UNOPPOSED MOTION FOR THE ENTRY OF NEW SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and Local Rule 7, the co-defendant, Lisa M. Tonnessen, Ph.D ("Dr. Tonnessen"), by and through her counsel, moves for the entry of a new scheduling order. *Counsel for the co-defendants, Melinda Powell and Geoffrey Naab, do not object to the granting of this motion. The plaintiff's counsel, John Williams, does not object to the granting of this motion.*

A new scheduling order is needed because the parties have been awaiting the convening of a settlement conference for several months. A conference before Judge Smith is scheduled for December 9, 2004. Under the current scheduling order, the discovery period lapses prior to that conference and dispositive motions are due four days after the conference. As the court will recall, Dr. Tonnessan filed a motion for a settlement conference on July 30. The plaintiff and defendants Woodworth and

13127.0001/dc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Schroder consented to the granting of that motion. Defendant Dumas did not object to the motion. Although the motion was granted on August 16 and a conference has been scheduled, the earliest date available for a settlement conference before a Magistrate Judge was on or about December 9.

Accordingly, a new scheduling order is needed in order to allow the parties to focus their efforts and resources on the settlement conference. the parties appreciate the demands on the Court's schedule and wish to approach the conference in full good faith. They wish to avoid engaging in the final stages of discovery and the drafting of dispositive motions when those procedures may become unnecessary. Moreover, the entry of a new scheduling order under these circumstances is appropriate because of the complications associated with the liquidation of Dr. Tonnessen's insurance carrier.

Thus, the time limitations at issue cannot be met despite diligent efforts. This motion is the second request for a new scheduling order since the February 19, 2004 stay expired. There have been previous scheduling orders entered in this case.

Respectfully, it is requested that a scheduling order with the following deadlines be issued:

| | |
|---|---|
| Defendants' Expert Witness Disclosures | March 9, 2005 |
| Completion of Depositions of Defendants' Expert Witnesses | April 11, 2005 |
| Discovery Deadline | April 11, 2005 |
| Deadline for Filing Dispositive Motions/ | |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

Motions for Summary Judgment						May 11, 2005

**WHEREFORE**, good cause having been shown, it is requested that the court grant this motion and issue a scheduling order with the proposed deadlines.

                                                CO-DEFENDANT,
                                                LISA M. TONNESSEN

By: _____
John B. Farley
CT Fed. Bar No. 02239
Ralph W. Johnson, III
CT Fed. Bar. No. 15277
James V. Somers
CT Fed. Bar No. 14525
Regen O'Malley
Ct. Fed. Bar No. 25174
**HALLORAN & SAGE LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. No. (860) 522-6103
Fax No. (860) 548-0006

Her Attorneys

## **CERTIFICATION**

This is to certify that on this 25th day of October, 2004, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

James V. Somers

603621 1(HS-FP)

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105