UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA,<br>Suing on behalf of her minor son,<br>JUSTIN RISICA | :<br>:<br>: |
| VS. | :  NO. 3:02CV449(DJS) |
| SUSAN DUMAS,<br>LISA M. TONNESSEN, et al. | :<br>:  MAY 2, 2005 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as additional counsel in this case for the plaintiff, JACQUELINE RISICA, suing on behalf of her minor son, JUSTIN RISICA.

Dated: May 2, 2005

                                                                                                      _____
KATRENA ENGSTROM
Federal Bar No. ct09444
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to James V. Somers, Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103; Melinda A. Powell, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; Geoffrey Naab, Esq., 295 East Center Street, Manchester, CT 06040.

                                                                  _____
Katrena Engstrom