UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JACQUELINE RISICA,
Suing on behalf of her minor son,
JUSTIN RISICA

VS.                                           NO. 3:02CV449(DJS)

SUSAN DUMAS,
LISA M. TONNESSEN, et al.           MAY 2, 2005

### PLAINTIFF'S RESPONSE TO DEFENDANT TONNESSEN'S MOTION TO COMPEL OR MOTION FOR DEFAULT

Counsel for this defendant attended a deposition of Steve Simonson, an employee of Behavioral Health Associates, on October 3, 2003, and obtained all of the plaintiff's records to that date. On April 19, 2005, counsel for plaintiff sent James Somers another set of BHA records through February, 2004.

Updated school records were sent to counsel for defendant Tonnessen on February 25, 2005.

Counsel for plaintiff is still waiting for Jacqueline Risica to provide any further medical records from BHA pertaining to Justin Risica. Repeated requests have been sent to her since February, 2005 to obtain any updates.

The plaintiff provided supplemental responses from Steven Risica, father, to defendant Tonnessen's interrogatories today, on May 2, 2005. These responses have been complete since March, and Plaintiff's counsel was waiting

for an accompanying set of supplemental answers from Jacqueline Risica, mother. The supplemental answers from Jacqueline Risica have not been received by counsel.

Plaintiff's counsel had attempted to obtain records generated by defendant Tonnessen from Shoreline Counseling Associates, Groton, CT, by sending authorizations on numerous occasions during 2003-2004. A Record deposition notice for February 4, 2005 finally yielded those records, which were provided to all of the parties.

THE PLAINTIFF

BY: _____
Katrena Engstrom(ct09444)
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to James V. Somers, Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103; Melinda A. Powell, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; Geoffrey Naab, Esq., 295 East Center Street, Manchester, CT 06040.

KATRENA ENGSTROM