UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA, on behalf of her minor son, JUSTIN RISICA : | NO.: 3:02CV00449 (DJS) |
| : | |
| v. : | |
| : | |
| SUSAN DUMAS, LISA M. TONNESSEN, : MS. WOODWORTH and : MS. SCHRODER : | MAY 24, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. Pro. 6(b), the defendant, Susan Dumas, hereby moves the Court for an enlargement of time of twenty-one (21) days, up to and including *July 1, 2005*, in which to file her motion for summary judgment which is due June10, 2005. The undersigned is currently drafting the memorandum of law, but will be on vacation from May 28, 2005 through June 5, 2005 and will be unable to complete the motion by the June 10th deadline. The additional time will be necessary to make final changes and get affidavits signed.

The undersigned counsel has contacted counsel for the plaintiff, Attorney Katrena Engstrom, and Attorney Engstrom has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to dispositive motions.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the undersigned defendant, Susan Dumas, hereby requests that her Motion for Enlargement of Time, up to and including *July 1, 2005*, be granted.

```
                              DEFENDANT,
                              SUSAN DUMAS


                              By  /S/ Melinda A. Powell
                                  Melinda A. Powell
                                  Howd & Ludorf
                                  65 Wethersfield Avenue
                                  Hartford, CT  06114
                                  (860) 249-1361
                                  ct17049
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 24th day of May, 2005.

Katrena Engstrom, Esquire
John R. Williams & Associates
51 Elm Street
New Haven, CT  06510

John Burns Farley
Ralph W. Johnson, III
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Geoffrey Naab, Esquire
LaBelle, LaBelle, Naab & Norvath, P.C.
295 East Center Street
Manchester, CT 06040

      /S/ Melinda A. Powell_____
      Melinda A. Powell