UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, on behalf of her minor son, JUSTIN RISICA | : | NO.: 3:02CV00449 (DJS) |
| v. | : : : | |
| SUSAN DUMAS, LISA M. TONNESSEN, MS. WOODWORTH and MS. SCHRODER | : : : | JUNE 29, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56, the defendant, Susan Dumas, hereby moves for summary judgment on the plaintiff's complaint. Plaintiff, a former special education student of Mystic Middle School, brings this action against its principal, defendant Susan Dumas, in her individual capacity, as a result of his suspension from school for 10 days for admittedly making a "hit list" with another student's name on it. In support of this motion, the defendant represents that:

1. Plaintiff's Complaint was brought in one count against all defendants, alleging a violation of plaintiff's constitutional rights to procedural due process and substantive due process, a violation of the Federal Educational Rights and Privacy Act, 20 U.S.C. 1232g ("FERPA") and a common law claim for intentional infliction of emotional distress and common law right to privacy.

ORAL ARGUMENT IS REQUESTED

2. Plaintiff's claim for procedural due process fails as a matter of law because he admitted to making the hit list;

3. Plaintiff's claim for procedural due process also fails because he received notice and an opportunity to contest the allegations, as well as was provided his procedural protections under the IDEA;

4. Plaintiff's substantive due process claim fails as a matter of law because he has no constitutionally protected substantive due process right to attend school while violating school policies;

5. Plaintiff's claim brought pursuant to FERPA fails as a matter of law as there is no private right of action for FERPA violations;

6. The defendant, Susan Dumas, is entitled to qualified immunity on the federal claims as she did not violate any clearly established right and her actions were not objectively unreasonable as a matter of law;

7. Plaintiff's common law claims of intentional infliction of emotional distress fails because Mrs. Dumas' actions were not extreme and outrageous as a matter of law; and

8. Plaintiff's common law claim of invasion of privacy fails because there is no evidence of public disclosure of private information.

In support of this motion, defendant submits the attached Local Rule 56a1 statement of undisputed facts, memorandum of law, sworn deposition testimony of Justin Risica, Jacqueline Risica and Steven Risica, and an affidavit of the defendant, Susan Dumas.

DEFENDANT,
SUSAN DUMAS

By /S/ Melinda A. Powell
   Melinda A. Powell
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   ct17049

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 29th day of June, 2005.

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

John Burns Farley
Ralph W. Johnson, III
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Geoffrey Naab, Esquire
LaBelle, LaBelle, Naab & Norvath, P.C.
295 East Center Street
Manchester, CT 06040

  /S/ Melinda A. Powell
Melinda A. Powell