UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA, on behalf of her minor son, JUSTIN RISICA | NO.: 3:02CV00449 (DJS) |
| v. | |
| SUSAN DUMAS, LISA M. TONNESSEN, MS. WOODWORTH and MS. SCHRODER | JULY 11, 2005 |

## MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL

The defendant, Susan Dumas, through undersigned counsel, move for permission to file documents under seal, pursuant to L. Civ. Rule 5(d)(1). The documents sought to be filed under seal are:

1. Motion for Summary Judgment (June 29, 2005)(**Doc. No. 115**);

2. Memorandum of Law in Support to Motion for Summary Judgment (June 29, 2005)(**Doc. No. 116**);

3. Local Rule 56(a)(1) Statement of Undisputed Facts (June 29, 2005) (**Doc. No. 116**);

4. Exhibits A – Q (**Doc. No. 116**).

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
SUSAN DUMAS

By /s/ Melinda A. Powell
Melinda A. Powell
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct17049
**mpowell@hl-law.com**

### CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 11th day of July, 2005.

Katrena Engstrom, Esquire
John R. Williams & Associates
51 Elm Street
New Haven, CT 06510

Ralph W. Johnson, III
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Geoffrey Naab, Esquire
LaBelle, LaBelle, Naab & Norvath, P.C.
295 East Center Street
Manchester, CT 06040

/s/ Melinda A. Powell
Melinda A. Powell

2