IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, PPA<br>J.R.,<br>      Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>3:02-CV-449 (DJS) |
| V. | : <br> : | |
| SUSAN DUMAS,<br>LISA M. TONNESSEN,<br>MS. JOAN V. WOODWORTH,<br>MS. BARBARA SCHRODER,<br>      Defendants. | : <br> : <br> : <br> : <br> : | <br><br><br><br>JULY 13, 2005 |

### MOTION FOR DISMISSAL WITH PREJUDICE AS TO
### CO-DEFENDANT LISA M. TONNESSEN

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Jacqueline Risica, hereby moves for an order dismissing all claims against the co-defendant, Lisa M. Tonnessen, with prejudice. There is to be no award of attorneys' fees or costs.

**WHEREFORE**, good cause having been shown, the plaintiff requests that the Court grant this motion and dismiss all claims against, the co-defendant, Lisa M. Tonnessen, with prejudice.

                                                    PLAINTIFF,
                                                    JACQUELINE RISICA

BY: _____
John R. Williams, Esq.
CT Fed. Bar No. 00215
Katrina Engstrom, Esq.
CT Fed. Bar No. 09444
**JOHN R. WILLIAMS AND
ASSOCIATES, LLC**
51 Elm Street
New Haven, CT 06510
Tel. No. (203) 562-9931
Fax No. (203) 776-9494

Her Attorneys

**SO ORDERED:**

_____
DOMINIC J. SQUATRITO
Senior United States District Judge

## CERTIFICATION

This is to certify that on this 13 day of July, 2005, a copy of the foregoing was caused to be mailed, first class, postage prepaid, to:

John B. Farley, Esq.
James V. Somers, Esq.
Ralph W. Johnson III, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Thomas R. Gerarde, Esq.
Melinda A. Powell, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Geoffrey Naab, Esq.
LaBelle, LaBelle, Naab & Horvath, P.C.
295 East Center Street
Manchester, CT 06040

                                               _____
                                               Katrina Engstrom

686971.1709017.1(HS-FP)