UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, | : | |
| Suing on behalf of her minor son, | : | |
| JUSTIN RISICA | : | |
| | : | |
| VS. | : | NO. 3:02CV449(DJS) |
| | : | |
| SUSAN DUMAS, ET AL. | : | JULY 19, 2005 |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE
DOCUMENTS UNDER SEAL RE: RESPONSE
TO DUMAS MOTION FOR SUMMARY JUDGMENT**

The plaintiffs, Jacqueline and Justin Risica, through undersigned counsel,

move for permission to file documents under seal, pursuant to L. Civ. Rule

5(d)(1). The documents sought to be filed under seal are:

1.    Local Rule 56(a)(2) Statements of Material Facts in Dispute.

2.    Exhibits 1-6.

3.    Memorandum of Law in Opposition to Defendant Dumas' Motion for

Summary Judgment.

The documents refer to or represent private educational records.

THE PLAINTIFF


By_____

       KATRENA ENGSTROM
       Fed. Bar No. Ct09444
       John R. Williams and Associates, LLC
       51 Elm Street
       New Haven, CT 06510
       TELEPHONE:  203.562.9931
       FAX:  203.776.9494
       E-MAIL: kengstrom@johnrwilliams.com


CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Ralph W. Johnson, III, Esq., at Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103; Attorney Melinda A. Powell at Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; and Geoffrey Naab, Esq., 295 East Center Street, Manchester, CT 06040.



_____

KATRENA ENGSTROM