UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, on behalf of her minor son, JUSTIN RISICA | : | NO.:  3:02CV00449 (DJS) |
| | : | |
| v. | : | |
| | : | |
| SUSAN DUMAS, LISA M. TONNESSEN, MS. WOODWORTH and MS. SCHRODER | : : : | JULY 25, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

     Pursuant to Fed. R. Civ. Pro. 6(b), the defendant, Susan Dumas, hereby moves the Court for an enlargement of time, up to and including *August 12, 2005*, in which to reply to plaintiffs' objection to motion for summary judgment which is due August 2, 2005.  The undersigned is currently working on a motion for summary judgment in another case which is due July 30, 2005.  The additional time will be necessary for preparation and completion of the reply brief and ensure the undersigned's full attention to this pleading.

     The undersigned counsel has contacted counsel for the plaintiff, Attorney Katrena Engstrom, and Attorney Engstrom has no objection to the granting of this motion.

     This is the first request for an enlargement of time made by this defendant relative to the reply brief.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the undersigned defendant, Susan Dumas, hereby requests that her Motion for Enlargement of Time, up to and including *August 12, 2005*, be granted.

          DEFENDANT,
          SUSAN DUMAS


By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665
  mpowell@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this _____ day of July, 2005.

Katrena Engstrom, Esquire  
John R. Williams & Associates  
51 Elm Street  
New Haven, CT  06510

John Burns Farley  
Ralph W. Johnson, III  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Geoffrey Naab, Esquire  
LaBelle, LaBelle, Naab & Norvath, P.C.  
295 East Center Street  
Manchester, CT 06040

                                                         _____  
                                                         Melinda A. Powell