UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JACQUELINE RISICA, on behalf of her minor son, JUSTIN RISICA | : : : | NO.: 3:02CV00449 (DJS) |
| v. | : : | |
| SUSAN DUMAS, LISA M. TONNESSEN, MS. WOODWORTH and MS. SCHRODER | : : : | AUGUST 12, 2005 |

### MOTION FOR PERMISSION TO FILE DOCUMENTS UNDER SEAL

The defendant, Susan Dumas, through undersigned counsel, move for permission to file documents under seal, pursuant to L. Civ. Rule 5(d)(1). The documents sought to be filed under seal is as follows:

1. Defendant Dumas' Reply to Plaintiffs' Local Rule 56(a)(2) Statement dated August 12, 2005;

2. Defendant Dumas' Reply to Plaintiffs' Opposition to Summary Judgment dated August 12, 2005.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
SUSAN DUMAS


By /S/ Melinda A. Powell
   Melinda A. Powell
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   ct17049
   mpowell@hl-law.com


## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 12th day of August, 2005.

Katrena Engstrom, Esquire
John R. Williams & Associates
51 Elm Street
New Haven, CT 06510

Ralph W. Johnson, III
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Geoffrey Naab, Esquire
LaBelle, LaBelle, Naab & Norvath, P.C.
295 East Center Street
Manchester, CT 06040

                         /S/ Melinda A. Powell
                        Melinda A. Powell