**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


**JACQULINE RISICA,**
　　　　-Plaintiff



　　-v-　　　　　　　　　　　　　　　　　　**CIVIL 3:02CV449(DJS)(TPS)**



**SUSAN DUMAS ET AL,**
　　　　-Defendants


**CONSENT TO UNITED STATES MAGISTRATE JUDGE**
**JURISDICTION TO RULE ON PENDING MOTION FOR SUMMARY JUDGMENT**
**(signature page addendum)**


| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |