UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACQULINE RISICA,
    -Plaintiff

-v-                                      CIVIL 3:03CV449(DJS)(TPS)

SUSAN DUMAS,
    -Defendants

## CONSENT TO UNITED STATES MAGISTRATE JUDGE
## JURISDICTION TO RULE ON PENDING MOTION FOR SUMMARY JUDGMENT

    In accordance with the provisions of 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, you are notified that a United States magistrate judge of this district is available to rule on **[Docket #115] Motion for Summary Judgment]**. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

    You may, without adverse substantive consequences, withhold your consent. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

    A consent ruling is not a recommended ruling and not appealable to the presiding District Judge.

                *      *      *      *      *

    In accordance with 29 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties consent to have a United States magistrate judge **enter a ruling on [Docket #115] Motion for Summary Judgment**.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiff | [signature] | 9/30/06 |
| Susan Dumas | [signature] | 10/3/06 |

### ORDER OF REFERENCE

    IT IS ORDERED that this case be referred to Thomas P. Smith United States Magistrate Judge, to **enter a ruling on [Docket #115] Motion for Summary Judgment** in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

---

    Date                                  United States District Judge

NOTE:    RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY IF</u> ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JACQULINE RISICA,
    -Plaintiff

-v-                                                       CIVIL 3:02CV449(DJS)(TPS)

SUSAN DUMAS ET AL,
    -Defendants

CONSENT TO UNITED STATES MAGISTRATE JUDGE
JURISDICTION TO RULE ON PENDING MOTION FOR SUMMARY JUDGMENT
(signature page addendum)

| Party Represented | Signatures | Date |
|---|---|---|
| Joan Woodworth | [signature] | 10-5-06 |
| Barbara Shroder | [signature] | 10·5·06 |