UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE RISICA, on behalf of her minor son, JUSTIN RISICA : | NO.: 3:02CV00449 (DJS) |
| v. : | |
| SUSAN DUMAS, LISA M. TONNESSEN, MS. WOODWORTH and MS. SCHRODER : | DECEMBER 27, 2006 |

**MOTION FOR PERMISSION TO WITHDRAW APPEARANCE**

Pursuant to D. Conn. L. Civ. R. Rule 7(e), Melinda A. Powell moves the Court for permission to withdraw her appearance filed on behalf of the defendant, Susan Dumas, in the above-captioned matter.

Attorney Thomas Gerarde of Howd & Ludorf, LLC previously entered his appearance on behalf of the defendant, Susan Dumas.

DEFENDANT,
SUSAN DUMAS

By: /s/Melinda A. Powell
Melinda A. Powell
ct17049
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)

**CERTIFICATION**

      This is to certify that on December 27, 2006 a copy of the foregoing Motion for Permission to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John R. Williams, Esquire
Katrena Engstrom, Esquire
John R. Williams & Associates
51 Elm Street
New Haven, CT 06510
203-562-9931
203-776-9494 (fax)

John Burns Farley
Ralph W. Johnson, III
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-522-6103
860-548-0006 (fax)

Geoffrey Naab, Esquire
LaBelle, LaBelle, Naab & Norvath, P.C.
295 East Center Street
Manchester, CT 06040
860-647-7000
860-645-0524 (fax)

                                        /s/Melinda A. Powell
                                        Melinda A. Powell