UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN RISICA | : |
| | : |
| VS. | :     NO. 3:02CV449(DJS) |
| | : |
| JOAN V. WOODWORTH and | : |
| BARBARA SCHRODER | :     JANUARY 10, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION**
**OF TIME TO FILE JOINT TRIAL MEMORANDUM**

     The plaintiff, JUSTIN RISICA, respectfully requests an extension of time to January 16, 2007, to file the Joint Trial Memorandum in this matter.

     In support of this motion, plaintiff represents as follows:

     1.    Counsel for the parties have been engaged in an effort to resolve the lawsuit during the past week; these efforts have been unsuccessful.

     2.    Counsel for plaintiff had a court trial which ended today.

     3.    The parties have been working on the Memorandum and expect to file it shortly.

     4.    This is the first request for an Extension of Time concerning the concerning this pleading.

     5.    Defendant's counsel joins in this request which is submitted by plaintiff's counsel.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

        THE PLAINTIFF

By_____
KATRENA ENGSTROM
Fed. Bar No. Ct09444
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
203.562.9931
FAX:  203.776.9494
E-MAIL: kengstrom@johnrwilliams.com

**CERTIFICATION OF SERVICE**

I hereby certify that on the date set forth above, a copy of foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

_____/s/_____
Katrena Engstrom