UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JUSTIN RISICA** <br>     **Plaintiff** | **:** |
| **v.** | **: CIVIL NO.: 3:02cv449(DJS)** |
| **SUSAN DUMAS, ET AL** <br>     **Defendants** | **:** |

ORDER OF TRANSFER TO
A UNITED STATES MAGISTRATE JUDGE

The parties in this action have consented to the exercise of jurisdiction by a United States Magistrate Judge in the trial memorandum order that was filed on January 16, 2007 (Documents # 142 and 144).

It is hereby ORDERED that the case be transferred to the Honorable Thomas P. Smith, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with the provisions of Title 28, United States Code 636c, Federal Rule of Civil Procedure 73 and the consent of the parties.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___17th___ day of January, 2007.

                                                /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge