UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN RISICA | : CIVIL ACTION |
| vs. | : No. 3:02cv00449 (DJS) |
| JOAN V. WOODWORTH And BARBARA SCHRODER | : FEBRUARY 28, 2006 |

### STIPULATION OF VOLUNTARY DISMISSAL

The appearing parties hereby stipulate, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), that the above-captioned civil action may be dismissed, with prejudice.

PLAINTIFF, JUSTIN RISICA

By _/s/ Katrena Engstrom_
Katrena Engstrom (ct09444)
John R. Williams and Associates, LLC
51 Elm Street
New Haven  CT  06510
203-562-9931
203-776-9494 (FAX)
kengstrom@johnwilliams.com

DEFENDANTS, JOAN V. WOODWORTH and BARBARA SCHRODER

By _/s/ Geoffrey Naab_
Geoffrey Naab (ct07446)
LaBelle, LaBelle & Naab, P.C.
295 East Center Street
Manchester  CT  06040-5211
860-647-7000
860-645-0524 (FAX)
gnaab@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2007 a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Geoffrey Naab
Geoffrey Naab (ct07446)
LaBelle, LaBelle & Naab, P.C.
295 East Center Street
Manchester CT 06040-5211
860-647-7000
860-645-0524 (FAX)
gnaab@sbcglobal.net